IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| RENAE LOUISE COLOMBO, | ) | Civil No. 3:10-CV-5620-KLS |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR EAJA FEES |
| | ) | AND COSTS |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | |
| Defendant | ) | |

It is hereby ORDERED that attorney fees in the amount of $4,508.97, and expenses in the amount of $60.40, for a total of $4,569.37, shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and that costs in the amount of $366.00 should be awarded to Plaintiff pursuant to 28 U.S.C. § 1920. The check(s) shall be mailed to Plaintiff's attorney's office: Teal M. Parham at 910 12th Avenue - PO Box 757, Longview, WA 98632.

DATED this 20th day of September, 2011.

_Karen L. Strombom_
Karen L. Strombom
United States Magistrate Judge

ORDER FOR EAJA FEES & COSTS  [3:10-CV-5620-KLS] -1

Presented by:

s/TEAL M. PARHAM
Teal M. Parham WSB #21954
Attorney for Plaintiff
910 12th Avenue
Longview WA  98632
Telephone:  (360) 423-3810
FAX:  (360) 423-3812
tealparham@phklegal.com

ORDER FOR EAJA FEES & COSTS  [3:10-CV-5620-KLS] -2